■ MICHAEL J. VAN SLYKE et al., Appellants, v EASTMAN KODAK COMPANY, Respondent. [668 NYS2d 966] —Order unanimously affirmed without costs (*see, Gaul v Motorola, Inc.*, 216 AD2d 879). (Appeal from Order of Supreme Court, Monroe County, Frazee, J.—Summary Judgment.) Present—Lawton, J. P., Hayes, Doerr, Balio and Fallon, JJ.